UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID T. DAVIS** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 10-4279** |
| | * | **SECTION "B" MAGISTRATE (3)** |
| **UNITED STATES POSTAL SERVICE** | * | |

\* \* \* \* \* \* \*

### DEFENDANT'S UNOPPOSED MOTION TO DISMISS THE UNITED STATES POSTAL SERVICE FOR LACK OF SUBJECT MATTER JURISDICTION AND MOTION TO SUBSTITUTE THE UNITED STATES OF AMERICA AS DEFENDANT

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the United States of America ("United States"), on behalf of the United States Postal Service ("Agency Defendant"), and hereby moves this Honorable Court to dismiss this matter for lack of subject matter jurisdiction under the Federal Tort Claims Act ("FTCA"). 28 U.S.C. § 2679. The United States is the only proper party federal defendant in a claim brought pursuant to the FTCA, and therefore Defendant seeks to substitute the United States as the sole federal defendant in this litigation.

The undersigned respectfully notes that Defendant specifically reserves any and all defenses available and no defenses are hereby waived by the filing of this pleading. Further, the United States does not waive service.

**WHEREFORE**, for the reasons set forth in the accompanying memorandum, Defendant prays that this Court grant its motion and dismiss the Agency Defendant for lack of subject matter jurisdiction under the Federal Tort Claims Act, and substitute the United States as the sole federal defendant in this litigation. Defendant further prays that the caption of this lawsuit be changed to reflect the United States as the sole federal defendant.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

  *s/ Sunni J. LeBeouf*
**SUNNI J. LeBEOUF**
Assistant United States Attorney
LA Bar Roll No. 28633
Hale Boggs Federal Building
500 Poydras Street, Room 210 B
New Orleans, Louisiana  70130
Telephone:  (504) 680-3061

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 3, 2011**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record who are participants. I further certify that I forwarded the foregoing document via facsimile and/or first class mail to all non CM/ECF participants.

      *s/ Sunni J. LeBeouf*
      **SUNNI J. LeBEOUF**
      Assistant U.S. Attorney