UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID T. DAVIS** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 10-4279** |
| **UNITED STATES OF AMERICA** | * | **SECTION "G" MAGISTRATE (3)** |

\* \* \* \* \* \* \*

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss,

**IT IS HEREBY ORDERED** that the claim brought by Plaintiff, David T. Davis, against the United States of America, in the above-captioned matter be dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this  27th  day of   February  , 2012.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**